IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF/RESPONDENT

v.              Civil No. 2:09CV2089
                Criminal No. 2:08CR20019-001

JOSE ALVARADO-RIVAS                          DEFENDANT/PETITIONER

## O R D E R

There is currently pending before the court the motion (document no. 20) of defendant/petitioner, requesting a transcript of his change of plea hearing held on May 15, 2008 and a transcript of his sentencing hearing held on October 23, 2008. The court, after review, finds that the motion should be **GRANTED**. The clerk is hereby directed to furnish defendant/petitioner a copy of the transcripts (document nos. 22 and 23).

SO ORDERED this 31st day of August 2009.

/s/ *J. Marschewski*
HONORABLE JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE