IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA            PLAINTIFF/RESPONDENT

    v.            Crim. No. 08-20019
                   Civil No. 09-2089

JOSE ALVARADO-RIVAS            DEFENDANT/PETITIONER

**ORDER**

Now on this 25th day of September 2009, there comes on for consideration the report and recommendation filed herein on September 10, 2009, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 26). Petitioner has filed written objections (Doc. 27).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion (Doc. 19) is DENIED and DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

                                     /s/ Robert T. Dawson
                                       Honorable Robert T. Dawson
                                       United States District Judge