IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                  PLAINTIFF/RESPONDENT

    v.            Civil No. 09-2089
                Criminal No. 08CR20019

JOSE ALVARADO-RIVAS                                              DEFENDANT/MOVANT

## ORDER

Now on this 17th day of November, 2009, there comes on for consideration Jose Alvarado-Rivas' request for a certificate of appealability filed on October 23, 2009 (Doc. 30) and supplement on November 9, 2009 (Doc. 35), in the above-styled case.

The Court finds, for the reasons set forth in the Statement of Reasons for Denial of Certificate of Appealability filed concurrently herewith, that the said motion and supplement should be and hereby are DENIED.

                                            /s/ Robert T. Dawson
                                            Honorable Robert T. Dawson
                                            United States District Judge

**AO72A**
**(Rev. 8/82)**